UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-60873-CV-COHN

MARLENE HALSTEAD,

Magistrate Judge Seltzer

    Plaintiff,

vs.

HUDSON LAW FIRM,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal [DE 4].  Accordingly, it is **ORDERED and ADJUDGED** that Defendant Hudson Law Firm is therefore **DISMISSED** with prejudice from this action, with each party bearing their own costs and expenses.  The Clerk shall close this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July, 2009.

*[signature]*
JAMES I. COHN
United States District Judge

copies to:

counsel of record on CM/ECF